**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00018-APG-VCF-3 |
| | 2:18-cr-00121-APG-VCF-1 |
| *Plaintiff,* | 2:18-cr-00122-APG-VCF-1 |
| | 2:18-cr-00123-APG-VCF-1 |
| v. | |
| LORRAINE RIDDIOUGH, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** (Second Request) |
| *Defendant.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Dan Cowhig, United States Attorney, LORRAINE RIDDIOUGH, by and through her attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for *October 25, 2018 at 9:00 a.m.*, be vacated and continued to a date and time convenient for the Court after *December 1, 2018*.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. The parties need more time to prepare for sentencing, specifically in that Defendant needs time to gather 18 USC 3553 related materials. Additionally, counsel for the Defendant is currently in a state murder trial (State v. Matthews), and has another federal trial scheduled to go October 30, 2018 (U.S. v. Serban, et al.).

- 1-

2. Ms. Riddiough is out of custody and does not object to this continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing to be vacated and continued to a date and time convenient for the Court after ***December 1, 2018***.

DATED this 1st day of October, 2018.

U.S. ATTORNEY'S OFFICE

/s/
DAN COWHIG
501 Las Vegas Blvd., South
Suite 1100
Las Vegas, NV 89101
Attorney for the UNITED STATES

TANASI LAW OFFICES


/s/
RICHARD E. TANASI, ESQ.
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Attorney for Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00018-APG-VCF-3 |
| *Plaintiff,* | 2:18-cr-00121-APG-VCF-1 |
| v. | 2:18-cr-00122-APG-VCF-1 |
| LORRAINE RIDDIOUGH, | 2:18-cr-00123-APG-VCF-1 |
| *Defendant.* | **ORDER ON STIPULATION** |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***October 25, 2018 at 9:00 a.m.***, be vacated and continued to December 13, 2018 at 2:30 p.m. in Courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of October, 2018, the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/
An employee of TANASI LAW OFFICES