**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-000018-APG-VCF |
| | 2:18-cr-00121-APG-VCF |
| | 2:18-cr-00122-APG-VCF |
| | 2:18-cr-00123-APG-VCF |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** (Third Request) |
| v. | |
| LORRAINE RIDDIOUGH, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Dayle Elieson, United States Attorney, and Dan Cowhig, Assistant United States Attorney, and LORRAINE RIDDIOUGH, by and through her attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***December 13, 2018 at 2:30 p.m.***, be vacated and continued 7 days to a date and time convenient for the Court. Defense counsel will be out of the jurisdiction December 26, 2018 through January 1, 2019, and respectfully requests the hearing not be scheduled in that timeframe.

/ / /

/ / /

- 1 -

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

This Stipulation is entered into for the following reasons:

1. The Defendant reports that she was injured in a motor vehicle accident on November 30, 2018, received care at UMC, and reports being ordered to bed rest since. Defense counsel is gathering hospital, emergency medical services and law enforcement records.

2. Ms. Riddiough is out of custody and does not object to this continuance.

3. This is the third stipulation to continue sentencing in this matter.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing to be vacated and continued 7 days to a date and time convenient for the Court.

DATED this 6th day of December, 2018.

DAYLE ELIESON
United States Attorney

/s/
DAN COWHIG
Assistant United States Attorney
501 Las Vegas Blvd., South
Suite 1100
Las Vegas, NV 89101
Attorney for the UNITED STATES

TANASI LAW OFFICES


/s/
RICHARD E. TANASI, ESQ.
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Attorney for Defendant

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-000018-APG-VCF |
| | 2:18-cr-00121-APG-VCF |
| | 2:18-cr-00122-APG-VCF |
| | 2:18-cr-00123-APG-VCF |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** (Third Request) |
| v. | |
| LORRAINE RIDDIOUGH, | |
| *Defendant.* | |

**ORDER ON STIPULATION**

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

1. The Defendant reports that she was injured in a motor vehicle accident on November 30, 2018, received care at UMC, and reports being ordered to bed rest since. Defense counsel is gathering hospital, emergency medical services and law enforcement records.

2. Ms. Riddiough is out of custody and does not object to this continuance.

3. This is the third stipulation to continue sentencing in this matter.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***December 13, 2018 at 2:30 p.m.***, be vacated and continued to January 10, 2019 at 2:00 p.m. in Courtroom 6C.

DATED: December 7, 2018

_____
UNITED STATES DISTRICT JUDGE

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December, 2018, the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/
An employee of TANASI LAW OFFICES

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274